UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-75 JMR/FLN

UNITED STATES OF AMERICA,
Plaintiff,
v.
ALAN HAROLD ROEBKE,
Defendant,
and
MINNESOTA ENERGY,
Garnishee.

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Alan Harold Roebke, Social Security Number, XXX-XX-0986, with the last known address of XXX XXXXXX XXXX, XXXXXXXXX XXX, Chaska, MN 55318.

The judgment was entered on August 30, 2002, for criminal monetary impositions. The judgment was entered in the amount of $202,878.94.

As of May 3, 2005, after applying payments, if any, the balance on this judgment debt was $143,530.74 in principal and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

SCANNED
MAY 10 2005
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Minnesota Energy, 777 Borden Avenue West, Buffalo Lake, MN 55314

Dated: May 4, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600