RECEIVED
BY MAIL

MAY 23 2005

CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-75 JMR/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALAN HAROLD ROEBKE,

Defendant,

and

SOUTH CENTRAL COOPERATIVE,

Garnishee.

ANSWER OF THE GARNISHEE
(NON-EARNINGS)

South Central Cooperative, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of ______________________________.
(Provide full name and address of business)

SCANNED
MAY 23 2005
U.S. DISTRICT COURT MPLS

**If Garnishee is a partnership:**

That he/she is a member of ______________________________
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the General Manager (Title) of Garnishee, South Central Coop (Full name/address of corporation), a corporation, organized under the laws of the State of Minnesota.

On May 17, 2005, Garnishee was served with the Writ of Garnishment. If, as of the date of service of said Writ,

Garnishee was in custody, control of possession of non-earnings' property in which the above-named defendant has financial or legal interest, proceed to Number 1 below. If, as of the date of service of said Writ, Garnishee was not in custody, control or possession of such property, sign, date, notarize, and return this Answer of the Garnishee.

1. For non-earnings' property presently in your custody, control or possession, indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| Revolving Equity | $ 2454.63 | Alan Roebke |
| " " | 856.71 | Roebke Partners |
| " " | 4662.70 | Hi-Tech Farms |
| **Total** Value of Property | $ 7974.04 | (Revolved periodically as the Coop can but at the total discretion of the Board of Directors of SCC) |

2. If the non-earnings' property listed above is currently subject to previously-served garnishments or court orders, provide the information requested below: (If the noted non-earnings' property is not currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| | $ |
| | $ |
| | $ |

**Total Due Under Previously-Served Garnishments/Orders** $ 00.00

3. Determine the extent to which the non-earnings' property

presently in your custody, control or possession is available for this garnishment:

a. Enter the amount listed on the "Total Value of Property" line in Number 1 above. $ 7974.04

b. Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Number 2 above (including "$0.00"). $ 00.00

c. **Current Non-Earnings' Property Available for this Garnishment** (subtract line "b" from line "a") $ 7974.04 (Subject to normal revolvements at the total discretion of the Board of Directors of South Central Coop)

If you do not claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the debtor is responsible under this garnishment for all interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

If you do contend that some portion of the amount listed on Line "c" above is not subject to this garnishment, indicate the reason(s) for your contention:

_____ The Garnishee claims, on behalf of the judgment debtor, the exemption noted on Line ______ of the Claim for Exemption Form. The amount the Garnishee contends is available from

current non-earnings' property for this garnishment is

$ ____________.

_____The Garnishee claims the following objection, defense or right to set-off from the non-earnings' property available for this garnishment: ____________________________________________.

The amount the Garnishee contends is available from current non-earnings' property for this garnishment is

$________________.

---

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

Counsel for United States at:
United States Attorney's Office
Att: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

The Debtor, at:

Alan Harold Roebke
XXX XXXXXX XXXX
XXXXXXXXX XXX
Chaska, MN 55318

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

South Central Coop By Eugene Lutteke General Manager
Garnishee

SUBSCRIBED and SWORN to before me this

20 day of May, 2005.

Carrie L. Firle
NOTARY PUBLIC

CARRIE L. FIRLE
Notary Public
Minnesota
My Commission Expires January 31, 2010