CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 01-75 JMR/FLN |
| | ) | |
| ALAN HAROLD ROEBKE, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned declares under penalty of perjury that she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on July 22, 2005 she served a copy of the attached:

> Clerk's Notice of Postjudgment Garnishment, Application for Writ of Garnishment, Writ of Garnishment, Instructions on How to Claim Exemption, Claim for Exemption Form and Answer of the Garnishee.

By placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Address:

Hi-Tech Farms, Inc.
c/o Alan Harold Roebke
[redacted]
Chaska, MN 55318

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 01-75 JMR/FLN |
| | ) | |
| ALAN HAROLD ROEBKE, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned declares under penalty of perjury that she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on July 22, 2005 she served a copy of the attached:

> Clerk's Notice of Postjudgment Garnishment, Application for Writ of Garnishment, Writ of Garnishment, Instructions on How to Claim Exemption, Claim for Exemption Form and Answer of the Garnishee.

By placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Address:

Roebke Partners
c/o Louise Roebke
[redacted]
Hector, MN 55342

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br><br>ALAN HAROLD ROEBKE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 01-75 JMR/FLN |

The undersigned declares under penalty of perjury that she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on July 22, 2005 she served a copy of the attached:

> Clerk's Notice of Postjudgment Garnishment, Application for Writ of Garnishment, Writ of Garnishment, Instructions on How to Claim Exemption, Claim for Exemption Form and Answer of the Garnishee.

By placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Address:

Roebke Partners
c/o Alan Harold Roebke
[redacted]
Chaska, MN 55318