UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-75 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN HAROLD ROEBKE,<br><br>Defendant,<br><br>SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Alan Harold Roebke, defendant
Southern Minnesota Beet Sugar Cooperative, garnishee

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about April 26, 2005.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about April 27, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of unit retains. In its Answer, the garnishee also states Hi-Tech Farms, Inc. and Richard Loftness have interest in the property.

On or about April 29, 2005, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

On May 17, 2005, Richard Loftness was served by United States mail with notice of his right to make a claim for exemption or other objection to this action. No claims or objections have been made by Richard Loftness.

On July 22, 2005, the defendant was served by United States mail as chief executive officer of Hi-Tech Farms, Inc. with notice of Hi-Tech Farms, Inc.'s right to make a claim for exemption or other objection to this action. No claims or objections have been made by the defendant on behalf of Hi-Tech Farms, Inc.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the United States Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Clerk of Court," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on May 17, 2005, plus any additional funds held from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: February 15, 2006

*s/ Franklin L. Noel*
Magistrate Judge
United States District Court