UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-75 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN HAROLD ROEBKE,<br><br>Defendant,<br><br>SOUTH CENTRAL COOPERATIVE,<br><br>Garnishee. | **GARNISHMENT ORDER** |

TO: Alan Harold Roebke, defendant
South Central Cooperative, garnishee

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about May 15, 2005.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about May 28, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of revolving equity. In the Answer, the garnishee also states Hi-Tech Farms, Inc. and Roebke Partners have interest in the property.

On or about May 19, 2005, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

On or about July 22, 2005, the defendant was served by United States mail as chief executive officer of Hi-Tech Farms, Inc. with notice of Hi-Tech Farms, Inc.'s right to make a claim for exemption or other objection to this action. No claims or objections have been made by the defendant on behalf of Hi-Tech Farms, Inc.

On July 22, 2005, the defendant was served by United States mail as a partner in Roebke Partners with notice of Roebke Partner's right to make a claim for exemption or other objection to this action. No claims or objections have been made by the defendant on behalf of Roebke Partners.

On July 22, 2005, Louise Roebke was served by United States mail as a partner in Roebke Partners with notice of Roebke Partner's right to make a claim for exemption or other objection to this action. No claims or objections have been made by Louise Roebke on behalf of Roebke Partners.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Clerk of Court," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on May 17, 2005, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: February 15, 2006

*s/ Franklin L. Noel*
Magistrate Judge
United States District Court